**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
ERIC K. SNYDER
MATTHEW F. MILLER
THOMAS C. MILLER

December 19, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

U.S. District Judge-Designate
Martin Luther King, Jr., Federal Courthouse
Newark, New Jersey 07102

Re: James Berry

**EARLY TERMINATION REQUEST**

Dear Judge-Designate:

James Berry was placed on Supervised Release by the Honorable Alfred J. Lechner, Jr., for a term of 5 years. Having been convicted of charges of Conspiracy to Distribute Marijuana, the Court imposed the standard conditions of supervision, along with the following special conditions:

The defendant shall provide to the U.S. Probation Office full disclosure of his financial records to include yearly income tax returns.

All court-ordered conditions have been met and there are no supervision issues pending resolution. The offender has been cooperative with the Probation Office and, to our knowledge, has remained free of further criminal activity.

The U.S. Attorney was given notice of this request and posed no objection to same.

Thus, the Probation Office recommends that James Berry be granted an early termination from Supervised Release.

If Your Honor concurs, please sign the enclosed forms and have your Deputy Clerk forward two certified copies to this office. I am available to discuss this matter further at your convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Edward J. Irwin
U.S. Probation Officer

SL

/eji
Enclosure